**E-filed 5/18/07**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN G. SAKALDASIS, as Beneficiary of Constantine J. Sakaldasis, deceased,<br><br>Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HOSPITALS/KAISER FOUNDATION HEALTH PLAN, INC., et al.<br><br>Defendants. | CIVIL ACTION<br><br>NO. 06-06890-JF |

## JOINT STIPULATION CONTINUING DATE OF CASE MANAGEMENT CONFERENCE

The parties hereby agree and stipulate to continue the Case Management Conference in the above-captioned case from May 18, 2007 to June 15, 2007 in order to allow plaintiff to file an Amended Complaint and formally serve the defendants in this action and to allow the parties to prepare and file a Joint Case Management Statement. The Case Management Conference

1

should be removed from the Court's docket for Friday, May 18, 2007, should be placed on the Court's docket for Friday, June 15, 2007, at 10:30 AM.

Respectfully submitted,

| TRUCKER HUSS | THOMPSON HINE LLP |
|---|---|
| /s/ Clarissa A. Kang | /s/ Brooke Falk |
| Clarissa A. Kang | Brooke Falk, CA Bar #227876 |
| 120 Montgomery Street, 23rd Floor | 1920 N Street, N.W., |
| San Francisco, CA 94104-4326 | Suite 800 |
| Phone: (415) 788-3111 | Washington, D.C. 20036 |
| Fax: (415) 421-2017 | Phone: (202) 331-8800 |

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

5/18/07

_____
Hon. Jeremy Fogel
U.S. District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of May a copy of the foregoing Joint Stipulation Changing Date of Case Management Conference was sent via first class mail to the following counsel of record:

>Robert F. Schwartz
>120 Montgomery Street, 23rd Floor
>San Francisco, CA 94104-4326

>*Counsel for Defendants*

>_____
>Brooke Falk