R. Bradford Huss, No. 71303
Robert F. Schwartz, No. 227327
Clarissa A. Kang, No. 210660
TRUCKER ✦ HUSS
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104
Telephone:    (415) 788-3111
Facsimile:    (415) 421-2017
E-mail:       bhuss@truckerhuss.com
              rschwartz@truckerhuss.com
              ckang@truckerhuss.com

Attorneys for Defendants
Kaiser Foundation Hospital/Kaiser Foundation Health Plan, Inc.;
Kaiser Permanente Salaried Retirement Plan; and Administrative
Committee for the Kaiser Permanente Retirement Plans

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN SAKALDASIS,<br><br>Plaintiff,<br><br>vs.<br><br>KAISER FOUNDATION HOSPITAL/KAISER FOUNDATION HEALTH PLAN, INC., ET AL.,<br><br>Defendant. | Case No. 5:06-06890 Jf<br><br>**Stipulation and [Proposed] Order To Continue Case Management Conference To January 18, 2008** |

Defendants KAISER FOUNDATION HOSPITAL/KAISER FOUNDATION HEALTH PLAN, INC., KAISER PERMANENTE SALARIED RETIREMENT PLAN; AND ADMINISTRATIVE COMMITTEE FOR THE KAISER PERMANENTE RETIREMENT PLANS, and Plaintiff JOAN SAKALDASIS hereby stipulate, by and through their respective counsel, to continue the case management conference that was originally scheduled for November 30, 2007 at 10:30 a.m. to January 18, 2008 at 10:30 a.m. The parties have now reached a settlement in principle and anticipate finalizing settlement through a written agreement and a dismissal of this action. The parties believe that the case management conference should be moved

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE                    1
Case No. 5:06-06890 JF
#889311

1  to January 18, 2008 so that the parties can finalize the settlement prior to the setting of any case
2  management deadlines in this action.

3       This extension will not alter any dates or deadlines set by Court order.

4

5  DATED: November 28, 2007

                                            THOMPSON HINE LLP
6
                                            By:  /s/Brooke Falk
7                                                Brooke Falk
                                                 Attorneys for Plaintiff Joan Sakaldasis
8

9
   DATED: November 28, 2007
10
                                            TRUCKER ✦ HUSS
11
                                            By:  /s/Clarissa A. Kang
                                                 Clarissa A. Kang
12                                               Attorneys for Defendants
                                                 KAISER FOUNDATION HOSPITAL/KAISER
13                                               FOUNDATION HEALTH PLAN, INC.;
                                                 KAISER PERMANENTE SALARIED
14                                               RETIREMENT PLAN; AND
                                                 ADMINISTRATIVE COMMITTEE FOR THE
15                                               KAISER PERMANENTE RETIREMENT
                                                 PLANS
16

17       I attest that I have obtained Ms. Falk's concurrence in the filing of this document.

18  Dated: November 28, 2007
                                                 /s/Clarissa A. Kang
19                                               Clarissa A. Kang

20

21                              [PROPOSED] ORDER

22       PURSUANT TO STIPULATION, IT IS SO ORDERED.  The case management

23  conference originally scheduled for November 30, 2007 at 10:30 a.m. will be continued to January

24  18, 2008 at 10:30 a.m.

25

26  Dated:  12/3           , 2007

27                                               Hon. Jeremy Fogel

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE     2
Case No. 5:06-06890 JF
#889311