R. Bradford Huss, No. 71303
Robert F. Schwartz, No. 227327
Clarissa A. Kang, No. 210660
TRUCKER ✦ HUSS
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104
Telephone: (415) 788-3111
Facsimile: (415) 421-2017
E-mail: bhuss@truckerhuss.com
rschwartz@truckerhuss.com
ckang@truckerhuss.com

Attorneys for Defendants
Kaiser Foundation Hospital/Kaiser Foundation Health Plan, Inc.;
Kaiser Permanente Salaried Retirement Plan; and Administrative
Committee for the Kaiser Permanente Retirement Plans

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN SAKALDASIS,<br><br>    Plaintiff,<br><br>vs.<br><br>KAISER FOUNDATION HOSPITAL/KAISER FOUNDATION HEALTH PLAN, INC., ET AL.,<br><br>    Defendant. | Case No. 5:06-06890 JF<br><br>**STIPULATION REGARDING DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by, between, and among the parties who have appeared in this action that the above-captioned litigation shall be, and hereby is, dismissed in its entirety with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear its own attorney's fees and costs.

///

///

///

///

DATED: December 21, 2007

THOMPSON HINE LLP

By: /s/ Brooke Falk
Brooke Falk
Attorneys for Plaintiff Joan Sakaldasis

DATED: December 31, 2007

TRUCKER ✦ HUSS

By: /s/ Clarissa A. Kang
Clarissa A. Kang
Attorneys for Defendants
KAISER FOUNDATION HOSPITAL/KAISER
FOUNDATION HEALTH PLAN, INC.;
KAISER PERMANENTE SALARIED
RETIREMENT PLAN; AND
ADMINISTRATIVE COMMITTEE FOR THE
KAISER PERMANENTE RETIREMENT
PLANS

1/4/08   IT IS SO ORDERED.

/s/ Jeremy Fogel
Judge Jeremy Fogel, US District Court

STIPULATION REGARDING DISMISSAL
Case No. 5:06-06890 JF
#890941

2